UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUILAR,<br><br>               Petitioner,<br><br>    v.<br><br>TAMMY L. CAMPBELL, Acting Warden,<br><br>               Respondent. | Case No. 2:22-cv-08798-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Amended Report and Recommendation ("Amended R&R") of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Amended R&R to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is **DENIED** and that Judgment be entered **DISMISSING** this action with prejudice.

Dated:  May 26, 2025

HONORABLE JOSEPHINE L. STATON
United States District Judge