JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUILAR, | Case No. 2:22-cv-08798-JLS-SHK |
| Petitioner, | |
| v. | **JUDGMENT** |
| TAMMY L. CAMPBELL, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is **DISMISSED** with prejudice.

Dated: May 26, 2025

HONORABLE JOSEPHINE L. STATON
United States District Judge